```
ROBERT HAWKINS #131159
ATTORNEY AT LAW
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Attorney for Chapter 7 Trustee,
Sheryl Strain
```

FILED
September 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002944580

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 09-60890-A-7F |
| STEVEN M. RULISON, SR. and<br>LINDA C. RULISON, | DC No. RH-3 |
| | **TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))** |
| Debtors.<br>_____/ | Date: October 20, 2010<br>Time: 9:00 a.m.<br>Dept: A |

Sheryl Strain, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S. C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S. C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on November 6, 2009, and Sheryl Strain was appointed Chapter 7 Trustee.

3. Among the assets of the estate are miscellaneous equipment and supplies from the debtors' former auto body repair shop.

4. The Trustee wishes to sell the subject asset so that the proceeds can benefit the estate. The Trustee has elected to sell the subject asset by means of a public auction to be held on October 26, 2010 at 5:30 p.m. at 1328 North Sierra Vista, Fresno, California.

5. The Trustee believes that the sale is in the best interests of the estate.

6. The Trustee is informed and believes that the assets to be sold are not subject to any liens.

7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

**WHEREFORE**, Movant prays as follows:

1. For an Order approving the public auction sale of the subject property described above to be held on October 26, 2010 at 5:30 p.m. at 1328 North Sierra Vista, Fresno, California; and

2. For such other and further relief as the Court deems just and proper.

**DATED:** SEPTEMBER 21, 2010

/S/
ROBERT HAWKINS,
Attorney for Chapter 7 Trustee